**UNITED STATES COURT OF APPEALS**
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

| | |
|---|---|
| AMERICAN FEDERATION OF TEACHERS,<br><br>Petitioners,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF TRANSPORTATION, FEDERAL MOTOR CARRIER SAFETY ADMINISTRATION, and THE UNITED STATES,<br><br>Respondents. | No. 26-1278 |

## CERTIFICATE OF PARTIES, RULINGS, AND RELATED CASES

Pursuant to the Court's scheduling order of October 7, 2026, counsel for Petitioner American Federation of Teachers, AFL-CIO, certifies as follows:

### A. Parties and amici

Petitioner is the American Federation of Teachers, AFL-CIO (AFT).

Respondents are the United States Department of Transportation (the Department), the Federal Motor Carrier Safety Administration (FMCSA), and the United States.

The American Association of Motor Vehicle Administrators was a party to the agency action being challenged, and has moved to intervene in these proceedings.

**B. Rulings Under Review**

The agency action under review is FMCSA's August 11, 2026, demand for driver records, attached to the petition as Exhibit A. No citation to that document exists.

**C. Related Cases**

This petition is protective in nature as, in Petitioner's view, federal district courts have jurisdiction to review the Data Demand under 28 U.S.C. § 1331 and 5 U.S.C. § 701 et seq. *See Weaver v. FMCSA*, 744 F.3d 143 (D.C. Cir. 2014). Accordingly, Petitioner has challenged FMCSA's August 11, 2026, demand, in federal district court as Plaintiff-Intervenor, in action brought by 24 states and the District of Columbia. That actiojn, captioned *State of Illinois v. United States Department of Transportation*, is currently pending in the United States District Court for the Eastern District of Virginia, No. 1:26-cv-2547 (AJT/IDD). The defendants in that action, which include FMCSA and the Department, have appealed from the district court's orders granting a preliminary injunction and a stay

pursuant to 5 U.S.C. § 705. Those appeals have been docketed in the United States Court of Appeals for the Fourth Circuit as No. 26-2491 and No. 26-2595, respectively, and consolidated under No. 26-2491.

In addition, on October 5, 2026, the 24 states and the District of Columbia that are plaintiffs in the district court proceeding filed their own protective petition for review of FMCSA's August 11, 2026, demand under the Hobbs Act in the United States Court of Appeals for the Fourth Circuit. That action has been docketed as *State of Illinois v. United States Department of Transportation*, 4th Cir. No. 26-2407. Respondents in that case have been directed to file the record in that case on or before November 16, 2026. Petitioner maintains that, once that record is filed, its Petition should be transferred to the Fourth Circuit, pursuant to 28 U.S.C. § 2112(a)(1) and (5). On November 5, 2026, the Fourth Circuit Petitioners moved to place proceedings in that case in abeyance pending resolution of the Eastern District of Virginia case and related appeals.

Dated: November 5, 2026

Respectfully submitted,

/s/ *Adam R. Pulver*
Adam R. Pulver
Nandan M. Joshi
Public Citizen Litigation Group
1600 20th Street NW
Washington, DC 20009
(202) 588-1000

*Counsel for Petitioner AFT*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing Certificate of Parties, Rulings, and Related Cases with the United States Court of Appeals for the District of Columbia Circuit by using the appellate CM/ECF system on November 5, 2026, and that all parties or their counsel of record are registered as ECF Filers and that they will be served by the CM/ECF system.

/s/ *Adam R. Pulver*
Adam R. Pulver