**UNITED STATES COURT OF APPEALS**
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

| | |
|---|---|
| AMERICAN FEDERATION OF TEACHERS,<br><br>Petitioners,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF TRANSPORTATION, FEDERAL MOTOR CARRIER SAFETY ADMINISTRATION, and THE UNITED STATES,<br><br>Respondents. | No. 26-1278 |

## STATEMENT OF ISSUES TO BE RAISED

Upon the anticipated transfer of this case to the Fourth Circuit pursuant to 28 U.S.C. § 2112(a)(1) and (5), Petitioner anticipates seeking to place the proceedings on its petition into abeyance pending the resolution of the parallel district court litigation in *Illinois v. U.S. Department of Transportation*, E.D. Va. No. 26-cv-2547, and of the pending Fourth Circuit appeal from the preliminary injunction and stay issued by the district court in that case, 4th Cir. No. 26-2491.

Should this case proceed, Petitioner expects to raise the following issue:

Whether the Federal Motor Carrier Safety Administration ("FMCSA")'s August 11, 2026, demand for driver records containing sensitive personal information, is arbitrary, capricious, or otherwise contrary to law.

Dated: November 5, 2026

Respectfully submitted,

/s/ *Adam R. Pulver*

Adam R. Pulver
Nandan M. Joshi
Public Citizen Litigation Group
1600 20th Street NW
Washington, DC 20009
(202) 588-1000

*Counsel for Petitioner AFT*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing Statement of Issues to Be Raised by using the appellate CM/ECF system on November 5, 2026, and that all parties or their counsel of record are registered as ECF Filers and that they will be served by the CM/ECF system.

/s/ *Adam R. Pulver*
Adam R. Pulver